IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC HOLTON,

    Plaintiff,

v.

GARY H. HAMBLIN,

    Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-214-wmc

---

This action came for consideration before the court with District Judge William C. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff Eric Holton's failure to exhaust available administrative remedies before filing the lawsuit.

_____    12/9/11
Peter Oppeneer, Clerk of Court        Date