IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC HOLTON,

      Plaintiff,                         JUDGMENT IN A CIVIL CASE

v.                                         11-cv-214-wmc

GARY H. HAMBLIN,

      Defendant.

---

      This action came for consideration before the court with District Judge William C. Conley presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff Eric Holton's failure to exhaust available administrative remedies before filing the lawsuit.

_____        12/9/11
Peter Oppeneer, Clerk of Court           Date